IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
AT COLUMBIA

PATRICIA A. EVANS,

    Plaintiff,

v.                     CIVIL ACTION NO. 3:11-cv-00826-JFA

CITY OF COLUMBIA, SOUTH CAROLINA,

    Defendant.

O R D E R

    IT APPEARING to the undersigned Chief Judge of the United States Court of Appeals for the Fourth Circuit that a civil action as above entitled has been instituted in the United States District Court for the District of South Carolina wherein the plaintiff claims that the defendant has failed to comply with Section 5 of the Voting Rights Act; and

    IT FURTHER APPEARING that a request to convene a three-judge district court has been presented to the United States District Court for the District of South Carolina, which has notified the undersigned pursuant to 28 U.S.C. § 2284 of the pendency of such request to the end that a court of three judges

may be convened as required by 42 U.S.C. § 1973c and 28 U.S.C. § 2284:

NOW, THEREFORE, I DO HEREBY DESIGNATE the Honorable Joseph F. Anderson, Jr., United States District Judge for the District of South Carolina; and the Honorable J. Michelle Childs, United States District Judge for the District of South Carolina, to serve with me in the hearing and determination of this action, as provided by law, the three to constitute a district court of three judges as provided by 28 U.S.C. § 2284.

This 14th day of April, 2011.

*William B. Traxler, Jr.*
William B. Traxler, Jr.
Chief Judge, U.S. Court of Appeals
for the Fourth Circuit